**Dated: December 27, 2019**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GLENNA J. FRAWNER, | ) | Case No. 19-14712-SAH |
| | ) | Chapter 7 |
| Debtor. | ) | |

### ORDER AND NOTICE OF DEFICIENCY ON REAFFIRMATION AGREEMENT

A document was filed in this case on December 23, 2019 [Doc. 11] purporting to be a reaffirmation agreement between the debtor and Oklahoma's Credit Union f/k/a Oklahoma Employees Credit Union.  However, the document contains the following deficiencies:

  X    The Reaffirmation Agreement Cover Sheet ("Cover Sheet") is incomplete:

    X    The monthly payment on the debt to be reaffirmed that is listed in Paragraph 2 of the Cover Sheet is not included in debtor's Schedule J.  Either:

1) the monthly payment on the debt to be reaffirmed must be included in Paragraphs 6(c) and 6(g) of the Cover Sheet, and the figures in Paragraphs in 6(d) and 6(h) of the Cover Sheet must also be corrected in an amended Cover Sheet; or

2) debtor's Schedule J must be amended to include the monthly payment on the debt to be reaffirmed.

    X    If Schedule J is amended, the figures in Paragraphs 6(b), 6(f), 6(d) and 6(h) of the Cover Sheet must be corrected.

  X    If corrections are made to the figures in Paragraphs 6(b) and 6(f) of the Cover Sheet and the figures differ, Paragraph 8 must be marked "yes."

  X    If the corrected figure in Paragraph 6(h) of the Cover Sheet is *less* than zero, Paragraph 9 must be marked "yes" and an explanation of the difference is also required.

  X    If either or both Paragraphs 8 and/or 9 are marked "yes," debtor's signature is required in Paragraph 10.

  X    The second "yes" box in Paragraph 11 of the Cover Sheet has not been marked.

**NOTICE:**     **The filing of an amended Cover Sheet and Agreement are required that includes the corrections to the deficiencies listed above in the amended Cover Sheet.**

## IMPORTANT

**FAILURE TO AMEND THE REAFFIRMATION AGREEMENT AND THE REAFFIRMATION AGREEMENT COVER SHEET ON OR BEFORE <u>January 10, 2020,</u> WILL RESULT IN ENTRY OF AN ORDER DISAPPROVING THE REAFFIRMATION AGREEMENT. IF YOU AMEND THE REAFFIRMATION AGREEMENT AND/OR THE REAFFIRMATION AGREEMENT COVER SHEET, YOU MUST MARK IT AS "AMENDED" AND REFILE THE AMENDED REAFFIRMATION AGREEMENT AND THE AMENDED REAFFIRMATION AGREEMENT COVER SHEET IN THEIR ENTIRETY.**

IT IS SO ORDERED.

                     #   #   #