**Dated: January 7, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:                                           )
                                                 )
GLENNA J. FRAWNER,                               )   Case No. 19-14712-SAH
                                                 )   Chapter 7
            Debtor.                              )

**ORDER AND NOTICE OF DEFICIENCY
ON AMENDED REAFFIRMATION AGREEMENT**

A document was filed in this case on January 7, 2020 [Doc. 20] purporting to be an amended reaffirmation agreement between the debtor and Oklahoma's Credit Union f/k/a Oklahoma Employees Credit Union. However, the document contains the following deficiencies:

  X    The Amended Reaffirmation Agreement ("Agreement") is incomplete:

   X    The "Presumption of Undue Hardship" box has been marked in error on page 1 of the amended Agreement. The "No Presumption of Undue Hardship" box should be marked. ***See** Part II.D of the amended Agreement.*.

**NOTICE:**   **The filing of a second amended Cover Sheet and Agreement are required that includes the corrections to the deficiencies listed above in the amended Agreement.**

**IMPORTANT**

**FAILURE TO AMEND THE *AMENDED* REAFFIRMATION AGREEMENT AND THE *AMENDED* REAFFIRMATION AGREEMENT COVER SHEET ON OR BEFORE January 21, 2020, WILL RESULT IN ENTRY OF AN ORDER DISAPPROVING THE *AMENDED* REAFFIRMATION AGREEMENT.  IF YOU AMEND THE *AMENDED* REAFFIRMATION AGREEMENT AND/OR THE *AMENDED* REAFFIRMATION AGREEMENT COVER SHEET, YOU MUST MARK IT AS "*SECOND* AMENDED" AND REFILE THE *SECOND* AMENDED REAFFIRMATION AGREEMENT AND THE *SECOND* AMENDED REAFFIRMATION AGREEMENT COVER SHEET IN THEIR ENTIRETY.**

      IT IS SO ORDERED.

# # #