**Dated: January 7, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| GLENNA J. FRAWNER, ) | Case No. 19-14712-SAH |
| ) | Chapter 7 |
| Debtor. ) | |

### ORDER AND NOTICE OF DEFICIENCY
### ON AMENDED REAFFIRMATION AGREEMENT

A document was filed in this case on January 7, 2020 [Doc. 22] purporting to be an amended reaffirmation agreement between the debtor and Oklahoma's Credit Union f/k/a Oklahoma Employees Credit Union. However, the document contains the following deficiencies:

__X__  The Amended Reaffirmation Agreement ("Agreement") is incomplete:

  __X__  The "Presumption of Undue Hardship" box has been marked in error on page 1 of the amended Agreement. The "No Presumption of Undue Hardship" box should be marked. ***See* Part II.D of the amended Agreement.**

  __X__  Paragraph 5 of the Cover Sheet has been marked "yes." If marked "yes," a declaration setting forth the nature of the debt and the basis for the contention that the debt is nondischargeable must be attached.

**NOTICE:**  **The filing of a second amended Cover Sheet and Agreement are required that includes the corrections to the deficiencies listed above in the amended Agreement.**

**IMPORTANT**

**FAILURE TO AMEND THE _AMENDED_ REAFFIRMATION AGREEMENT AND THE _AMENDED_ REAFFIRMATION AGREEMENT COVER SHEET ON OR BEFORE January 21, 2020, WILL RESULT IN ENTRY OF AN ORDER DISAPPROVING THE _AMENDED_ REAFFIRMATION AGREEMENT.  IF YOU AMEND THE _AMENDED_ REAFFIRMATION AGREEMENT AND/OR THE _AMENDED_ REAFFIRMATION AGREEMENT COVER SHEET, YOU MUST MARK IT AS "_SECOND_ AMENDED" AND REFILE THE _SECOND_ AMENDED REAFFIRMATION AGREEMENT AND THE _SECOND_ AMENDED REAFFIRMATION AGREEMENT COVER SHEET IN THEIR ENTIRETY.**

IT IS SO ORDERED.

\# \# \#